IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case Number 06-cv-0200-jcs |
| WILLIAM K. WILLIAMSON; a/k/a William Kermit Williamson; RAYMOND WILLIAMSON; and CARL WILLIAMSON, | ) | |
| Defendants. | ) | |

**DEFICIENCY JUDGMENT**

Upon the motion of the United States of America, plaintiff, in the above captioned action for the entry of a deficiency judgment, pursuant to Rule 58 of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED that a deficiency judgment is hereby rendered in favor of the plaintiff, United States of America, and against defendant William K. Williamson, in the amount of $17,907.34, as of April 4, 2008, with interest thereon at the rate of five and twenty-seven one-hundredths percent (5.27%) per annum until paid.

Dated this _5ᵗʰ_ day of May, 2008.

BY THE COURT:

~~JOHN C. SHABAZ~~
United States District Judge
Western District of Wisconsin

Entered this _5_ day of May, 2008.

**THERESA M. OWENS**


THERESA M. OWENS
Clerk of Court
United States District Court
Western District of Wisconsin

By: Lynn Kamke,
Deputy Clerk

2